# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **TAUREAN JEROME WEBER,**  Defendant. | **CR 21-28-M-DLC**  **STIPULATION ON ADDITIONAL CONDITIONS OF RELEASE AND ORDER** |

The parties' hereby stipulate that, in additional to the Order Setting Conditions of Release issued by the Magistrate Judge (Doc. 13), the defendant's release is subject to the following additional conditions:

    1.    <u>Personal Device:</u> You may possess only one personal device that has access to online services as approved by the pretrial services officer. If that device is not a phone, you may also possess one personal mobile phone that has no online capability or camera. You must obtain the approval of the pretrial services officer prior to using any device. You must not own, possess, or use any additional devices, excluding authorized work-provided devices referenced below, without the prior written approval of the pretrial services officer. Your approved devices must be capable of being monitored and compatible with monitoring hardware, software, or other technology

1

approved by the pretrial services officer. You must allow the pretrial services officer to install software to restrict or monitor your computer access on your personal devices. You must pay part or all of the costs of this monitoring as directed by the pretrial services officer. Failure to submit to search of your personal devices may be grounds for revocation of your release. You must allow seizure of suspected contraband for further examination.

      2.    <u>Work-Provided Device:</u> You may possess only one work-provided device that has access to online services as approved by the pretrial services officer. If that device is not a phone, you may also possess one work-provided mobile phone that has no online capability or camera. You must obtain the approval of the pretrial services officer prior to using any device. You must not own, possess, or use any additional work-related devices without the prior written approval of the pretrial services officer. You must submit the work-provided device, and if applicable, the work-provided mobile phone, to search at a reasonable time and in a reasonable manner, with or without a warrant, by the pretrial services officer, or by any law enforcement officer upon the express direction of the pretrial services officer, with reasonable suspicion concerning your violation of a condition of release or unlawful conduct. Failure to submit to search may be grounds

for revocation of your release.  You must allow seizure of suspected contraband for further examination.

    3.    You must not use any computer device to access sexually explicit material as defined in these conditionals nor to contact minors or gather information about any minor.  You must not possess encryption or steganography software.  You must provide records of all passwords, Internet service, and user identifications (both past and present) to the pretrial services officer and immediately report changes.  Immediately means within 3 hours.  You must sign releases to allow the pretrial services officer to access phone, wireless, internet and utility records.

    4.    You must not knowingly acquire, possess, or view any materials depicting sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A), if the materials, taken as a whole, are designed to arouse sexual desire, unless otherwise approved by the pretrial services officer.  This condition applies to written stories, visual, auditory, telephonic, or electronic media, computer programs or services, and any visual depiction as defined in 18 U.S.C. § 2256(5).  You must not knowingly patronize any place where sexually explicit material or entertainment is the primary items of sale, such as adult bookstores, clubs, or Internet sites, unless otherwise approved by the pretrial services officer.  You must not utilize 900 or adult telephone

numbers or any other sex-related numbers, or on-line chat rooms that are devoted to the discussion or exchange of sexually explicit materials as defined above. You must not access *www.Dropbox.com* or *www.Instagram.com*.

                        LEIF M. JOHNSON
                        Acting United States Attorney

                        */s/ Cyndee L. Peterson*
                        CYNDEE L. PETERSON
                        Assistant U. S. Attorney
                        Date: 9/1/2021

                        */s/ Peter F. Lacny*
                        PETER F. LACNY
                        Defense Counsel
                        Date: 9/1/2021

     I acknowledge that I am the defendant in this case that I am aware of these additional conditions of release. I promise to obey all conditions of release, to appear as direct, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above and in my original conditions of release (dated August 23, 2021).

                        _____
                        TAUREAN JEROME WEBER
                        Defendant
                        Date: 09/01/21

**ORDER**

Upon the parties' stipulation and the defendant's acknowledgment, IT IS HEREBY ORDERED THAT, in additional to the Order Setting Conditions of Release issued by the Magistrate Judge (Doc. 13), the defendant's release is subject to the additional conditions set forth above.

DATED this 1st day of September, 2021.

_____
DANA L. CHRISTENSEN, District Judge
United States District Court