IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAUREAN JEROME WEBER,<br><br>Defendant. | CR 21–28–M–DLC<br><br><br><br>ORDER |

In advance of the July 11, 2022 trial , Defendant Taurean Jerome Weber has filed a motion in limine. (Doc. 64.) Under the Court's scheduling order, the United States is not be required to file a response brief before trial commences. (*See* Doc. 24 at 6.) To facilitate pre-trial resolution of the issues raised in Weber's motion, the Court will accelerate the briefing schedule.

Accordingly, IT IS ORDERED the United States shall respond to Weber's motion in limine on or before July 1, 2022. Weber may file an optional reply brief on or before July 5, 2022, but the Court may issue a ruling before this deadline arrives. (*See id.*)

DATED this 28th day of June, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1