IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–28–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TAUREAN JEROME WEBER, | |
| Defendant. | |

Given the sexually explicit nature of most of the exhibits in this action, IT IS ORDERED that any exhibits offered and admitted into evidence during trial of the above-captioned matter shall not be filed in CM/ECF. The parties shall retain copies of any admitted exhibits for purposes of appeal, if any.

IT IS FURTHER ORDERED that any exhibits uploaded into JERS shall be deleted following the conclusion of trial.

DATED this 8th day of July, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1